# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEBORAH HULBERT,

        Plaintiff,

vs.

AINSWORTH GAME TECHNOLOGY, INC., *et al.*,

        Defendants.

Case No.: 2:16-cv-01552-GMN-CWH

**ORDER**

Pending before the Court is the Motion to Dismiss, (ECF No. 4), filed by Defendants Ainsworth Game Technology, Inc., Mike Dreitzer, John Glaser, and Lisa Nappi (collectively "Defendants"). After Defendants filed the motion, Plaintiff Deborah Hulbert properly filed an amended complaint. (ECF No. 8). "[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Here, Defendants' Motion to Dismiss pertains to the original complaint rather than the operative amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, (ECF No. 4), is **DENIED** as moot.

**DATED** this __27__ day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge